UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHARLES A. FLOYD                                                                               PLAINTIFF

v.                                                                       CIVIL ACTION 3:13cv455-DPJ-FKB

THE UNITED STATES, et al.                                                              DEFENDANTS

ORDER

This pro se prisoner action brought under 42 U.S.C. § 1983 is before the Court on the Report and Recommendation [14] of the United States Magistrate Judge. United States Magistrate Judge F. Keith Ball recommends granting the Motion to Dismiss [5] filed by the United States. Plaintiff filed objections [16]. The Court finds that the recommendation to dismiss the United States should be adopted. Plaintiff failed to state a claim under Rule 12(b)(6).

Defendant's Motion to Dismiss [5] is granted, and the claims against the United States are dismissed.

**SO ORDERED AND ADJUDGED** this the 13th day of February, 2014.

                                                                s/ *Daniel P. Jordan III*
                                                                UNITED STATES DISTRICT JUDGE