UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHARLES A. FLOYD                                                                                    PLAINTIFF

v.                                                                         CIVIL ACTION 3:13cv455-DPJ-FKB

THE UNITED STATES, et al.                                                                   DEFENDANTS

ORDER

This pro se prisoner action brought under 42 U.S.C. § 1983 is before the Court on the Report and Recommendation [22] of the United States Magistrate Judge. United States Magistrate Judge F. Keith Ball recommends granting the Motion to Dismiss [20] filed by Defendants Christopher Epps, Ron King, the State of Mississippi, and the Mississippi Attorney General. Plaintiff filed objections [23]. The Court finds that the recommendation to dismiss the Defendants should be adopted. Plaintiff states no facts that would entitle him to relief against these Defendants and therefore has failed to state a claim under Rule 12(b)(6).

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court. Floyd's claims against the remaining defendants are dismissed with prejudice.[1]

**SO ORDERED AND ADJUDGED** this the 23rd day of July, 2014.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff had an opportunity to state a claim when he objected to the Report and Recommendation but failed to do so making amendment futile.